# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CW 19-711 consolidated with CA 19-753

**PATRICK WILLIAMS**

**VERSUS**

**UNIVERSITY OF LAFAYETTE, ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C-2017-6895
HONORABLE JULES DAVIS EDWARDS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**BILLY HOWARD EZELL**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Billy Howard Ezell, Phyllis M. Keaty, and Van H. Kyzar, Judges.

**REVERSED AND RENDERED.**

**Sidney Wallis Degan, III**
**Travis Louis Bourgeois**
**Degan, Blanchard & Nash**
**400 Poydras St., Suite 2600**
**New Orleans, LA 70130**
**(504) 529-3333**
**COUNSEL FOR DEFENDANT/APPLICANT:**
    **The Burlington Ins. Co.**

**Robert A. Mahtook, Jr.**
**Julie I. Faulk**
**Marc J. Mandich**
**Mahtook & LaFleur**
**P. O. Box 3089**
**Lafayette, LA 70502-3089**
**(337) 266-2189**
**COUNSEL FOR DEFENDANT/RESPONDENT:**
    **Lafayette Consolidated Government**

**Andre Collins Gaudin**
**Scott Owen Gaspard**
**Burglass & Tankersley, LLC**
**5213 Airline Drive**
**Metairie, LA 70001-5602**
**(504) 836-0422**
**COUNSEL FOR DEFENDANT/RESPONDENT:**
    **100 Black Men of Greater Lafayette, Inc.**

**Michael J. Remondet, Jr.**
**Teddy Paul Sorrells**
**Sarah E. Stephens**
**Jeansonne & Remondet**
**P.O. Box 91530**
**Lafayette, LA 70509**
**(337) 237-4370**
**COUNSEL FOR DEFENDANT/THIRD-PARTY RESPONDENT:**
    **The Cajundome Commission**

**Tracy Peter Curtis**
**Curtis Lee Hollinger, Jr.**
**The Glenn Armentor Law Corp.**
**300 Stewart St.**
**Lafayette, LA 70501**
**(337) 233-1471**
**COUNSEL FOR PLAINTIFF/RESPONDENT:**
    **Patrick Williams**

**Brian W. Harrell**
**Grant Herrin**
**Degan, Blanchard and Nash**
**5555 Hilton Ave., Suite 620**
**Baton Rouge, LA 70808**
**(225) 610-1110**
**COUNSEL FOR DEFENDANT/APPLICANT:**
    **The Burlington Ins. Co.**

**Jazmine A. Torres**
**Assistant Attorney General**
**P. O. Box 94005**
**Baton Rouge, LA 70804**
**(225) 326-6300**
**COUNSEL FOR DEFENDANT/RESPONDENT:**
    **State of Louisiana, Board of Supervisors for University of Louisiana**

**EZELL, Judge.**

For the reasons set forth in the consolidated case hereto, *Patrick Williams v. University of Louisiana Lafayette, et al.*, 19-753 (La.App. 3 Cir. __/__/20), —— So.3d ——, 2019 WL _____, the trial court's judgment in the current case, appellate docket 19-711, is reversed and rendered. Costs in docket number 19-711 are assessed to the Cajundome.

**REVERSED AND RENDERED.**